No. 599. CALIFORNIA ET AL. *v.* FEDERAL POWER COMMISSION ET AL., *ante,* p. 912;

No. 681. BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES ET AL. *v.* UNITED STATES ET AL., *ante,* p. 169;

No. 695. CHAIFETZ *v.* UNITED STATES, *ante,* p. 209; and

No. 505, Misc. HANNA *v.* HOME INSURANCE Co., 365 U. S. 838. Petitions for rehearing denied.

JUNE 13, 1961.

No. 995, Misc. KING *v.* ELLIS, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus dismissed pursuant to Rule 60 of the Rules of this Court. Movant *pro se. Riley Eugene Fletcher,* Assistant Attorney General of Texas, for respondent.

JUNE 16, 1961.

No. ——. BRITT *v.* SOUTH CAROLINA; and

No. ——. WESTBURY *v.* SOUTH CAROLINA. The applications for stays of execution presented to THE CHIEF JUSTICE, and by him referred to the Court, are denied. *Henry R. Sims II* for petitioner Westbury. *Daniel R. McLeod,* Attorney General of South Carolina, *Everett N. Brandon,* Assistant Attorney General, and *Julian S. Wolfe* for respondent.

JUNE 19, 1961.

No. 1194, Misc. TAYLOR *v.* FLOETE, DIRECTOR, GENERAL SERVICES ADMINISTRATION, ET AL. Motion for leave to file petition for writ of certiorari denied.